UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 05-30027 |
| | ) | Chapter 11 |
| SI TANKA UNIVERSITY | ) | |
| Tax I.D. No. 46-0351565 | ) | |
| | ) | |
| Debtor. | ) | |
| | | |
| SI TANKA UNIVERSITY | ) | Adv. No. 05-3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING COMPLAINT |
| -vs- | ) | AS TO RELIEF SOUGHT REGARDING |
| | ) | SUBJECT FUNDING FOR FY 2006 |
| UNITED STATES | ) | |
| DEPARTMENT OF INTERIOR, | ) | |
| Bureau of Indian Affairs | ) | |
| | ) | |
| Defendant. | ) | |

In recognition of and compliance with the Decision entered this day,

IT IS HEREBY ORDERED that Plaintiff-Debtor's Amended Complaint is DISMISSED to the extent it seeks relief regarding its eligibility for funding under the Tribal Controlled College or University Assistance Act of 1978, as amended, for fiscal year 2006; and

IT IS FURTHER ORDERED that Defendant-Debtor's September 16, 2005, Motion to Dismiss Plaintiff's Amended Complaint is DENIED to the extent that Plaintiff-Debtor seeks relief regarding its eligibility for funding under the Tribal Controlled College or University Assistance Act of 1978, as amended, for fiscal year 2005.

So ordered this 27th day of January, 2006.

BY THE COURT:

Irvin N. Hoyt
Bankruptcy Judge

I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

JAN 27 2006

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

JAN 27 2006

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

Si Tanka University
PO Box 220
Eagle Butte, SD 57625

United States Department of the Interior
Bureau of Indian Affairs
Attn: Edward F. Parisian, Director
OIEP/Office of the Director
1849 C Street NW/Ms - 3512 MID
Washington, DC 20240-0001