```
              UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF SOUTH DAKOTA
```

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 05-30027 |
| | ) | Chapter 11 |
| SI TANKA UNIVERSITY | ) | |
| Tax I.D. No. 46-0351565 | ) | |
| Debtor. | ) | |
| SI TANKA UNIVERSITY | ) | Adv. No. 05-3006 |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | ORDER CLOSING |
| UNITED STATES DEPARTMENT | ) | ADVERSARY PROCEEDING |
| OF THE INTERIOR, | ) | |
| Bureau of Indian Affairs | ) | |
| Defendant. | ) | |

   Upon consideration of the record before the Court in this adversary proceeding and in Plaintiff-Debtor's bankruptcy case, no. 05-30027; and it appearing that Bankruptcy No. 05-30027 was dismissed on February 8, 2006, and that no timely appeal from that order was taken; and it also appearing that dismissal of Bankruptcy No. 05-30027 removed jurisdiction from this Court regarding the matters raised by Plaintiff-Debtor in this adversary proceeding; therefore,

   IT IS HEREBY ORDERED that this adversary proceeding shall be closed.

   So ordered: February 22, 2006

BY THE COURT:

*Irvin N. Hoyt*
Irvin N. Hoyt
Bankruptcy Judge

**NOTICE OF ENTRY**
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Charles L. Nail, Jr.
Clerk, U.S. Bankruptcy Court
District of South Dakota